JOHN E. MACLEAN, as Executor, etc., of MARGARET CHURCHILL, Deceased, Respondent, v. ALDEN HART, Appellant.— Motion for reargument (See *ante*, p. 752) granted. Case to be submitted at this term on printed briefs, without oral argument.

GRACE L. HARVEY, by ELINORA K. HARVEY, Her Guardian ad Litem, Respondent, v. KENNETH GEORGIA and Another, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements.

B. G. JOHNSON, Plaintiff, v. ROBERT S. ORMISTON and Others, Defendants.— On stipulation of the parties filed herewith, the order heretofore made in the above-entitled action, at the Special Term of the Supreme Court, held in Broome county February 19, 1932, is in all things reversed, without costs to either party as against the other. All concur.

MADISON COUNTY TRUST AND DEPOSIT COMPANY, Respondent, v. H. SEYMOUR GETMAN and Others, Appellants, and Others.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Rhodes, J., not sitting.

IDA M. BOWEN, Appellant, v. JOHN D. CASEY (Respondent) and HARRY M. BOWEN, as Executors, etc., of MARY A. KINCAID, Deceased.— Motion for reargument denied.

In the Matter of the Application and Petition of the BOARD OF WATER SUPPLY OF THE CITY OF NEW YORK, to Acquire Real Estate for and on Behalf of the City of New York under Chapter 724 of the Laws of 1905 and the Acts Amendatory Thereof and Supplemental Thereto. NEW YORK POWER AND LIGHT CORPORATION, Claimant, Appellant, Respondent; THE CITY OF NEW YORK, Petitioner, Respondent, Appellant.— Order of March 29, 1932, █ amended so as to direct the payment of interest on the sum of $82,500 from the 8th day of January, 1925, the date of the filing of the oaths of office of the commissioners of appraisal who awarded the compensation, and interest on the sum of $17,207.48 from the 10th day of June, 1930, the date of the entry of the order confirming the report of said commissioners.

In the Matter of the Claim of FRANZ STEPHENS, Respondent, against 327 CENTRAL PARK WEST CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of EMMA KONZE, Respondent, against ADOLPH GOBEL, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

W. FRED VAN CUREN, Respondent, v. CHESTER A. ANDERSON, Appellant.— Judgment and order affirmed, with costs. All concur, except Van Kirk, P. J., and Rhodes, J., who dissent and vote for reversal and for a new trial on the ground that the plaintiff was negligent in that there was not the required lateral light upon this truck and that it was a contributing cause of the accident.

HARVEY D. KIMMEY, Respondent, v. H. J. BRANDELES CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.